UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

HECTOR CARRILLO-VILLA,

              Defendant.

CRIMINAL ACTION NO.: 20 MJ 3073

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 2, 2020, Defendant Hector Carillo-Villa made an application for release from detention. The Government is directed to provide a written response to the application by April 4, 202.  A Telephone Conference is scheduled for **Monday April 6, 2020 at 2:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            April 2, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**