UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>HECTOR CARILLO VILLA,<br><br>                              Defendant. | CRIMINAL ACTION NO.: 20 MJ 3073<br><br>**TELEPHONE CONFERENCE**<br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, April 23, 2020 at 2:00pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            April 23, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**